JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

DAVID J. WARD (CABN 239504)
Special Assistant United States Attorney

    450 Golden Gate Avenue, 11th Floor
    San Francisco, California  94102
    Telephone:  (415) 436-7129
    Fax:  (415) 436-7234
    Email: David.Ward2@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 09-0800 MMC |
| Plaintiff, | |
| v. | **PETITION FOR AND WRIT OF HABEAS CORPUS AD PROSEQUENDUM** |
| SERGIO SANCHEZ-SERRANO, | |
| Defendant. | |

    To the Honorable Bernard Zimmerman, United States Magistrate Judge for the Northern District of California:

    The United States of America respectfully petitions the Court to issue a Writ of Habeas Corpus Ad Prosequendum for the prisoner SERGIO SANCHEZ-SERRANO, whose place of custody and jailor are set forth in the requested Writ, attached hereto, and your petitioner

//
//
//
//
//

PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM, CR 09-0800 MMC

avers that the prisoner is required to appear in the above-entitled matter, and therefore petitioner requests that this Court issue the Writ as presented.

DATED: August 17, 2009

Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

_____/s/_____
DAVID J. WARD
Special Assistant United States Attorney

IT IS SO ORDERED.

DATED:   August 19, 2009

*[signature: Bernard Zimmerman]*
HON. BERNARD ZIMMERMAN
United States Magistrate Judge

PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM, CR 09-0800 MMC
2

|   |   |
|---|---|
| 1 | **THE PRESIDENT OF THE UNITED STATES OF AMERICA** |
| 2 | To: Federico Rocha, United States Marshal for the Northern District of California; any of his |
| 3 | authorized deputies; and Robert K. Wong, Warden, or other officials of the San Quentin State |
| 4 | Prison, 1 Main Street, San Quentin, California 94964; phone (415) 454-1460. |
| 5 | **GREETINGS** |

WE COMMAND that you have and produce the body of SERGIO SANCHEZ-SERRANO (DOB 11/25/74; CDC#: G62322), in your custody in the above-referenced institution, FORTHWITH before the United States District Court in and for the Northern District of California, in the Courtroom of the Duty Magistrate, 15th Floor, 450 Golden Gate Avenue, San Francisco, California 94102, so that SERGIO SANCHEZ-SERRANO, may then and there appear for an initial appearance upon the charges filed against him in the above-captioned case and at all times thereafter until a final disposition in his case. Immediately thereafter, you shall return the prisoner to the above-referenced institution, or abide by whatever further order the Court may make concerning his custody.

WE FURTHER COMMAND that if the prisoner is to be released from custody in the above-referenced institution, the prisoner be IMMEDIATELY delivered to the United States Marshal or any of his authorized deputies pursuant to this writ.

WITNESS the Honorable Bernard Zimmerman, United States Magistrate Judge for the Northern District of California.

DATED: August 19, 2009

CLERK
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA



_____
DEPUTY CLERK, ROSE MAHER

PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM, CR 09-0800 MMC

3