ORIGINAL

1  MELINDA HAAG (CABN 132612)
   United States Attorney

2  MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  PATRICIA SPALETTA (CABN 156788)
   Special Assistant United States Attorney
5
   450 Golden Gate Avenue, 11th Floor
6  San Francisco, California 94102
   Telephone: (415) 522-6031
7  Fax: (415) 436-7234
   Email: Patricia.Spaletta@usdoj.gov
8
   Attorneys for the United States
9

FILED

JAN 2 4 2011

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | No. CR 09-0800 MMC |
|---|---|
| Plaintiff, | |
| v. | **PETITION FOR AND WRIT OF HABEAS CORPUS AD PROSEQUENDUM** |
| SERGIO SANCHEZ-SERRANO, | |
| Defendant. | |

To the Honorable Bernard Zimmerman, United States Magistrate Judge for the Northern District of California:

The United States of America respectfully petitions the Court to issue a Writ of Habeas Corpus Ad Prosequendum for the prisoner SERGIO SANCHEZ-SERRANO. The prisoner is required to appear in the above-referenced matter forthwith for his initial appearance before the

//
//
//

PETITION FOR WRIT OF HABEAS
CORPUS AD PROSEQUENDUM;
CR 09-0800 MMC

1  Duty Magistrate and at all times thereafter until final disposition of his case. His place of
2  custody and jailor are set forth in the requested Writ, attached hereto.
3  DATED: January 24, 2011                    Respectfully submitted,

MELINDA HAAG
United States Attorney

_____/s/_____
PATRICIA SPALETTA
Special Assistant United States Attorney

IT IS SO ORDERED.

DATED: 24 Jan 2011

HON. BERNARD ZIMMERMAN
United States Magistrate Judge

PETITION FOR WRIT OF HABEAS
CORPUS AD PROSEQUENDUM;
CR 09-0800 MMC                               2

**THE PRESIDENT OF THE UNITED STATES OF AMERICA**

To: **Federico Rocha, United States Marshal for the Northern District of California; any of his authorized deputies; and Vince Cullen, Warden of San Quentin State Prison; any of his authorized officers; San Quentin State Prison, 1 Main Street, San Quentin, CA 94964.**

**GREETINGS**

WE COMMAND that you have and produce the body of SERGIO SANCHEZ-SERRANO (DOB 11/25/74; INMATE #G62322), in your custody at San Quentin State Prison, 1 Main Street, San Quentin, CA 94964, FORTHWITH before the United States District Court in and for the Northern District of California, in the Courtroom of the Duty Magistrate, 15th Floor, 450 Golden Gate Avenue, San Francisco, California 94102, so that SERGIO SANCHEZ-SERRANO, may then and there appear for an initial appearance upon the charges filed against him in the above-captioned case and at all times thereafter until a final disposition in his case. Immediately thereafter, you shall return the prisoner to the above-referenced institution, or abide by whatever further order the Court may make concerning his custody.

WE FURTHER COMMAND that if the prisoner is to be released from custody in the above-referenced institution, the prisoner be IMMEDIATELY delivered to the United States Marshal or any of his authorized deputies pursuant to this writ.

WITNESS the Honorable Bernard Zimmerman, United States Magistrate Judge for the Northern District of California.

DATED: 1/24/2011

CLERK
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

DEPUTY CLERK
ROSE MAHER

PETITION FOR WRIT OF HABEAS
CORPUS AD PROSEQUENDUM;
CR 09-0800 MMC                3